UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFRED DEAL | CIVIL ACTION |
| VERSUS | NUMBER: 99-0480 |
| BURL CAIN | SECTION: "J"(5) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Alfred Deal, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 7th day of August, 2006.

UNITED STATES DISTRICT JUDGE